**Petition for Writ of Mandamus Dismissed as Moot and Memorandum Opinion filed August 21, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00692-CR

### IN RE HUGHLAND CHADRIC WOOTEN, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1331218**

## MEMORANDUM OPINION

On July 30, 2012, relator Hughland Chadric Wooten filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Shawna Reagin, presiding judge of the 176th District Court of Harris County, to set aside her order setting certain conditions of relator's bond, and revoking relator's bond.

On August 1, 2012, relator filed a motion to dismiss the petition because the bond was lawfully forfeited for failure to appear.

Accordingly, the petition for writ of mandamus is ordered dismissed as moot.


PER CURIAM


Panel consists of Justices Frost, McCally, and Busby.

Do Not Publish — TEX. R. APP. P. 47.2(b).

2